## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILFRIDO FLOREZ-MONTANO,

     Petitioner,

v.                                                                      CASE NO. 8:09-CV-1857-T-30EAJ
                                                     CRIM. CASE NO. 8:02-CR-228-T-30EAJ

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER

     Before the Court are Petitioner's Application for Certificate of Appealability ("COA")

filed pursuant to 28 U.S.C. §2253[1] (CV Dkt. 9), *see Edwards v. United States*, 114 F.3d

1083, 1084 (11th Cir. 1997), and Motion for Leave to Appeal In Forma Pauperis (CV Dkt.

8). The Court construes the COA as a Notice of Appeal of the Court's October 27, 2009

order dismissing Petitioner's motion to vacate his sentence filed pursuant to 28 U.S.C. § 2255

(see CV Dkt. 6).

     The Court found that Petitioner's § 2255 motion was time-barred (Id.).  To merit a

COA, Petitioner must show that reasonable jurists would find debatable both (1) the merits

of the underlying claims and (2) the procedural issues he seeks to raise.  See 28 U.S.C. §

2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000); *Eagle v. Linahan*, 279 F.3d 926,

_____

[1]"[I]n . . . a proceeding under section 2255 . . , the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held. . . . (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from -- . . .(B) the final order in a proceeding under section 2255. . . . (2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c).

935 (11th Cir 2001).  Because the § 2255 motion is time-barred and Petitioner has failed to make a sufficient showing of the "extraordinary circumstances" required to warrant equitable tolling of the limitations period, Petitioner has failed to satisfy the second prong of the *Slack* test.  529 U.S. at 484.  Therefore, Petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c).

ACCORDINGLY, the Court **ORDERS** that:

1.      Petitioner's Application for Certificate of Appealability (CV Dkt. 9) is **DENIED**.

2.      Petitioner's Motion to Appeal In Forma Pauperis (CV Dkt. 8) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on July 6, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Petitioner *pro se*
Counsel of Record

2